**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-00299-REB

UNITED STATES OF AMERICA,

      Petitioner,

    v.

C BADER, INC.,
CAYD P. BADER, AS PRESIDENT OF C BADER, INC.,

      Respondent.

_____

MINUTE ORDER[1]
_____

      Petitioner's Unopposed Motion to Vacate and Reset march 31, 2006, Hearing [#3], filed March 31, 2006, is GRANTED. The order to show cause hearing previously set for March 31, 2006, is VACATED and RESET to **April 21, 2006**, at 3:30 p.m.

Dated: March 31, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.