**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-00299-REB

UNITED STATES OF AMERICA,

       Petitioner,

v.

C BADER, INC.,
CAYD P. BADER, AS PRESIDENT OF C BADER, INC.,

       Respondent.

---

## ORDER

Upon defendants' Motion to Dismiss, filed with this Court on April 21, 2006,

IT IS ORDERED that the Motion to Dismiss is GRANTED.  This action is dismissed with prejudice.  Each side shall bear its own costs and attorney's fees.

       BY THE COURT:

       **s/ Robert E. Blackburn**
       _____
       United States District Judge

Dated: April 21, 2006, at Denver, Colorado